No. 66722.—Pacific Import Co., Inc. *v.* United States, protest 61/12695 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.